In the Matter of the Claim of CLYDE D. CROSS, Respondent, against GERALD F. ANDERSON, Appellant, and RIPLEY CENTRAL SCHOOL DISTRICT No. 1 et al., Defendants-Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award against a noninsured employer. The evidence sustains the award. Award affirmed, with costs to the State Industrial Board. All concur.

FRANK A. O'HARE COMPANY, INC., Respondent, v. STATE OF NEW YORK, Appellant.— The State has appealed from a judgment in claimant's favor amounting to $57,091.57. The only issue in dispute relates to an item of $6,000.22, being the extra cost of load testing piles. The court below found that claimant was damaged in this amount because the State breached its contract by wrongfully interfering with and delaying claimant's operations in load testing piles. The findings of the Court of Claims are abundantly sustained by the evidence. Judgment affirmed, with costs to respondent. All concur.

JOHANNA RUPSIS, Appellant, v. EDWARD TANNER, Respondent.— Appeal from order of the Supreme Court (Lawrence, J.), denying motion by plaintiff to set aside as inadequate a verdict in her favor of $100 for personal injuries. Order reversed and verdict set aside upon the ground of inadequacy and new trial ordered, with costs to abide the event. All concur.